IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN THEBERGE,<br><br>            Plaintiff,<br><br>     v.<br><br>DRINK EAT WELL, LLC DBA HILARY'S,<br><br><br>            Defendant. | Civil Action No.  1:21-cv-11235 |

## <u>NOTICE OF SETTLEMENT</u>

Plaintiff Stephen Theberge hereby advises this Honorable Court that he has reached an agreement in principle with Defendant Drink Eat Well, LLC dba Hilary's. The parties are finalizing the settlement documents and expect to file a dismissal within 30 days.

Dated: November 29, 2021

Respectfully Submitted

BLOCK & LEVITON LLP

By:   _/s/ Jason M. Leviton_
Jason M. Leviton, Esq.
260 Franklin Street, Suite 1860
Boston, MA 02110
Telephone: (617) 398-5600
Jason@blockleviton.com

_Attorneys for Plaintiff_

## **CERTIFICATE OF SERVICE**

I certify that on the 29th day of November, 2021, the foregoing document was electronically filed through the Court's CM/ECF system, which will send notification of such filing to all counsel of record, and I also certify that I am providing a copy to those parties not represented by counsel or receiving CM/ECF notifications at this time.


    */s/ Jason M. Leviton*
    Jason M. Leviton